March 14, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE MATTER OF THE ESTATE OF PATTY ANN SCHMIDT
RICHARDSON, A/K/A PATTY S. RICHARDSON, DECEASED

NO. 14-12-00516-CV

_____

      This cause, an appeal from the judgment signed May 14, 2012 in favor of Stilwell Retirement Residence, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant Stilwell Retirement Residence to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.